# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED AYUB, an individual, | Case No.: 2:24-cv-00213-WBS-JDP |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, Defendants, | |
| Defendants, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:  October 8, 2024

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE